UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JACOB BOURG, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 21-31 |
| DIRECTV L.L.C., ET AL. | * | SECTION "A" (2) |

## ORDER AND REASONS

Defendants' Motion to Compel (ECF No. 53) is pending before me in this matter. The motion was scheduled for submission on Wednesday, October 4, 2023. As of this date, Plaintiffs have not filed any Opposition Memoranda, and the deadline for same expired on Tuesday, September 26, 2023. *See* E.D. La. L.R. 7.5.

Defendants issued discovery to Plaintiffs on July, 12, 2023, and despite repeated requests, Plaintiffs have not provided any response to same. *See* ECF Nos. 53-4 at 15; 53-5 at 1.

Having considered the record, the written submission, the lack of Opposition Memorandum, the applicable law, and finding that the motion has merit,

IT IS ORDERED that the Motion to Compel (ECF No. 53) is GRANTED. This Order reserves to Defendants the right to file an appropriate motion, with supporting documentation, to recover fees and costs in incurred in filing the motion in accordance with FED. R. CIV. P. 37(a)(5).

IT IS FURTHER ORDERED that, within 14 (fourteen) days, Plaintiff must provide full and complete responses to the discovery requests.

New Orleans, Louisiana, this 4th day of October, 2023.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE